### 24669.   WOOD v. PIEDMONT FEDERAL SAVINGS & LOAN ASSOCIATION OF DEKALB COUNTY.

ALMAND, Presiding Justice.   This appeal is from a summary judgment granted to Piedmont Federal Savings & Loan Association in its proceeding to dispossess Roy R. Wood from a house and premises located in Lilburn, Georgia.   *Held:*

The proceeding being one solely involving questions of law, jurisdiction for review of the judgment is in the Court of Appeals and not this court.

*Transferred to the Court of Appeals.   All the Justices concur.*

ARGUED JUNE 10, 1968—DECIDED JUNE 20, 1968.

420

*E. T. Hendon, Jr., G. Hughel Harrison, J. W. Moulton,* for appellant.
*Ware, Sterne & Griffin, Robert F. Lyle,* for appellee.